UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JACQULYNN PATRICIA POWELL,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>Defendant. | No.  1:22-cv-00411-GSA<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE ELECTRONIC CERTIFIED ADMINISTRATIVE RECORD |

The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have a 60-day extension of time to file the Electronic Certified Administrative Record (CAR), extending the date on which the CAR is due from July 11, 2022, to September 9, 2022.

This is the first extension requested by Defendant to file the CAR. This extension is needed to allow the Social Security Administration's component responsible for production of the CAR for civil court actions to produce such a record for this case. Defendant apologizes to the Court for any inconvenience caused by this delay.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. This request is made in good faith and is not intended to delay the proceedings in this matter.

Respectfully submitted,

DATE: July 6, 2022  */s/ Jonathan Pena*
JONATHAN PENA
Attorney for Plaintiff
(as approved via email)

PHILLIP A. TALBERT

|   |   |   |   |
|---|---|---|---|
| 1 | | | United States Attorney |
| 2 | | | PETER THOMPSON |
|   | | | Acting Regional Chief Counsel, Region IX |
| 3 | | | Social Security Administration |
| 4 | DATE: July 6, 2022 | By | */s/ Elizabeth Landgraf* |
|   | | | ELIZABETH LANDGRAF |
| 5 | | | Special Assistant United States Attorney |
|   | | | Attorneys for Defendant |

ORDER

IT IS SO ORDERED.

Dated: **July 6, 2022**         **/s/ Gary S. Austin**
                    UNITED STATES MAGISTRATE JUDGE

.

2