UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQULYNN PATRICIA POWELL,<br><br>          Plaintiff,<br><br>     v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>          Defendant. | Case No. 1:22-cv-00411-CDB<br><br>ORDER ON STIPULATION EXTENDING FILING DATE FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 16) |

Pending before the Court is the parties' stipulation for order in which Plaintiff requests a 60-day extension of time to file any motion for summary judgment. (Doc. 16).  Previously, Plaintiff filed a notice of 28-day extension (Doc. 15), extending the time for the filing of his summary judgment motion from December 8, 2022, to January 5, 2023.

Based on the parties' representations in the stipulation and for good cause shown, it is HEREBY ORDERED, Plaintiff shall have a 60-day extension of time, from January 5, 2023, to March 6, 2023, for Plaintiff to serve and file Plaintiff's motion for summary judgment.  All other dates in the Court's Scheduling Order (Doc. 5) shall be extended by 60 days.

IT IS SO ORDERED.

Dated:   **December 30, 2022**                                   _____

                                                                                    UNITED STATES MAGISTRATE JUDGE