UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQULYNN PATRICIA POWELL,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 1:22-cv-00411-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING FILING DATE FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 18) |

Based on the parties' representations in the pending stipulation dated February 27, 2023 (Doc. 18) and for good cause shown, it is HEREBY ORDERED, Plaintiff shall have a 2-day extension of time, from March 6, 2023, to March 8, 2023, for Plaintiff to serve and file Plaintiff's motion for summary judgment.

IT IS SO ORDERED.

Dated:   **February 28, 2023**                                                     _____
                                                                                                    UNITED STATES MAGISTRATE JUDGE